# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Demetrius Collins | **Repayment Agreement and Order** | No: 7:19-CR-00057-004 |
|---|---|---|

On January 28, 2021, Demetrius Collins was sentenced to 12 months imprisonment followed by a 36 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Collins. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.   As a result of the judgment entered against me on January 28, 2021, I have been ordered to pay a total restitution of $19,397.17 and a special assessment of $100.00.

2.   On October 8, 2021, I began my service of 36 months of supervised release. The current balance of my mandatory assessment is $100.00. The current balance of my restitution is $19,397.17.

3.   After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 11th day of December, 2021, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

_____            12/6/2021
Demetrius Collins                                 Date

_____            12/6/2021
William J. Lee, U.S. Probation Officer   Date

_____            1/25/2022
Kevin D. Abernethy
Assistant U.S. Attorney                        Date

---

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

W. Louis Sands
Senior U.S. District Judge

1/26/22
Date